WHITE FLEISCHNER & FINO, LLP

61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

October 1, 2014

**VIA ECF**

Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Room 1214-S
Brooklyn, NY 11201

Re:   *Certain Underwriters at Lloyds, London et. al. v. Swiss International Air Lines Ltd. et. al.*
      CV 2014-5151 (KAM) (MDG)

Dear Judge Go:

We are counsel to the Plaintiffs in the above-captioned action ("the Action").

On behalf and with the consent of all parties, we hereby inform the Court that a settlement in principle of the Action has been reached, and the parties are in the process of reviewing a draft settlement agreement and mutual releases. Accordingly, and pursuant to Rule C. of Your Honor's Individual Motion Practices, the parties respectfully request that the Initial Conference scheduled for October 15th at 3:00 PM be canceled or adjourned pending the Plaintiffs' filing of a Stipulation of Dismissal with prejudice pursuant to F.R. Civ. Pr. 41 (a)(1)(A)(ii).

Respectfully submitted,

WHITE FLEISCHNER & FINO, LLP

Jonathan S. Chernow (JSC-7339)
Jchernow@wff-law.com
JSC/jb

cc: **VIA ECF ONLY**

abattista@condonlaw.com

Anthony U. Battista
Attorneys for Defendant Swiss International Air Lines Ltd
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

Judge Marilyn D. Go
Re: *Certain Underwriters at Lloyds, London et. al. v. Swiss International Air Lines Ltd. et. al.*
CV 2014-5151 (KAM MDG)
October 1, 2014
Page 2

adam.detsky@wilsonelser.com

Adam Detsky
Attorneys for Defendant ISS Action, Inc.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604